

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00341-CR

Daniel Jeremy **TORRES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4390A
The Honorable Laura Lee Parker, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 1, 2018.

_____
Patricia O. Alvarez, Justice